Núm. 8363.—OLMEDO, aplda. *v.* RIVERA, ET ALS., apltes.—C. D. San Juan. Junio 17, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

POR CUANTO, la demandante apelada Celia Olmedo Woods solicita desestimemos por frívola la apelación interpuesta por los demandados apelantes contra dos resoluciones dictadas por la Corte de Distrito de San Juan—una concediendo un nuevo juicio y otra restableciendo la anotación de *lis pendens* en el Registro de la Propiedad;

POR CUANTO, oídas las partes y apareciendo que no se ha radicado aun la transcripción de los autos, ni la transcripción de evidencia, no estamos en condiciones de determinar si la apelación es frívola o no,

POR TANTO, se declara sin lugar la moción de la demandante.

### (*d*) FALTA DE ALEGATO O PRESENTACIÓN DEL MISMO FUERA DE TÉRMINO.